UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:22-CR-00141-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **GLENN RAY LASALLE JR (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 37] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 35] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count One of the Indictment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that sentencing is set for February 9, 2023, at 10:00 am in Lake Charles, Courtroom 4, before the undersigned.

**THUS DONE AND SIGNED** in Chambers on the 31st day of October, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**